
Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

July 5, 2016

Joseph Baumgarten
Member of the Firm
d 212.969.3002
f 212.969.2900
jbaumgarten@proskauer.com
www.proskauer.com

**Via ECF**

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Messina v. Bank of America Corporation, et al.*; 16-cv-03653 (LGS)

Dear Judge Schofield:

We represent Defendants in the above-captioned lawsuit.  As directed during the initial pre-trial conference, enclosed please find a copy of a proposed order for Your Honor's consideration.

Respectfully submitted,

**PROSKAUER ROSE LLP**

By:   */s/ Joseph Baumgarten*

Joseph Baumgarten
Gregory J. Couillou
Eleven Time Square
New York, New York 10036
(212) 969-3000
jbaumgarten@proskauer.com
gcouillou@proskauer.com
*Attorneys for Defendants*

Enclosure

cc:   All counsel of record (via ECF w/ Enclosure)