UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MEGAN MESSINA,

                 Plaintiff,

      -- against --

BANK OF AMERICA CORPORATION,
BANK OF AMERICA SECURITIES, LLC,
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,

                 Defendants.
------------------------------------------------------------ X

Civil Action No.: 16-cv-03653 (LGS)

**ECF CASE**

**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO REDACT AND FILE UNDER SEAL CERTAIN PORTIONS OF THE PLEADINGS**

      **WHEREAS**, by application dated July 1, 2016, Defendants applied for an Order: (1) permitting Defendants to redact and file under seal certain portions of the Complaint (Dkt. Nos. 1, 2, and 6), the Amended Complaint (Dkt. Nos. 4 & 7), and the Second Amended Complaint (Dkt. Nos. 10, 18, and 21) containing confidential compensation information of Defendants' non-party employees, the names of non-party clients of Defendants when identified in connection with commercially sensitive information, settlement communications between the parties' respective counsel, and communications subject to the attorney-client privilege; and (2) permitting Defendants to redact and file certain responses to those portions of Plaintiff's pleadings under seal in their forthcoming Answer to the Second Amended Complaint; and

      **WHEREAS**, Plaintiff opposed Defendants' application; and

      **WHEREAS**, on July 5, 2016, the Court conducted an initial pre-trial conference in this matter and heard argument regarding Defendants' application.

      **NOW, THEREFORE**, for the reasons stated on the record during the initial pre-trial conference, **IT IS HEREBY ORDERED THAT:**

1

Defendants' application to redact and file under seal certain portions of the Complaint (Dkt. Nos. 1, 2, and 6), the Amended Complaint (Dkt. Nos. 4 & 7), and the Second Amended Complaint (Dkt. Nos. 10, 18, and 21), as set forth in Defendants' July 1, 2016 application, on the record, and above, is **GRANTED**; and

**IT IS FURTHER HEREBY ORDERED THAT:**

Defendants' July 1, 2016 application to redact and file Defendants' responses to the confidential portions of Plaintiff's pleadings under seal in their forthcoming Answer to the Second Amended Complaint is **GRANTED**.

SO ORDERED this ___ day of _____, 2016

_____
HON. LORNA G. SCHOFIELD, U.S.D.J.