UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
MEGAN MESSINA,                                               :
                                      Plaintiff,             :
                                                             :
            -against-                                        :
                                                             :
BANK OF AMERICA CORPORATION, et al.,                         :
                                      Defendants.            :
                                                             :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2016

16 Civ. 3653 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS by letter dated July 1, 2016, Defendants applied for an Order: (1) permitting Defendants to redact and file under seal certain portions of the Complaint (Dkt. Nos. 1, 2, and 6), the Amended Complaint (Dkt. Nos. 4 & 7), and the Second Amended Complaint (Dkt. Nos. 10, 18, and 21) containing confidential compensation information of Defendants' non-party employees, the names of non-party clients of Defendants when identified in connection with commercially sensitive information, settlement communications between the parties' respective counsel, and communications subject to the attorney-client privilege; and (2) permitting Defendants to redact and file certain responses to those portions of Plaintiff's pleadings under seal in their forthcoming Answer to the Second Amended Complaint; and

WHEREAS, Plaintiff opposed Defendants' application;

WHEREAS, on July 5, 2016, the Court conducted an initial pre-trial conference in this matter and heard argument regarding Defendants' application; for the reasons stated on the record during the initial pre-trial conference, it is hereby

**ORDERED** that Defendants' application to redact and file under seal portions of the Complaint (Dkt. Nos. 1, 2, and 6), the Amended Complaint (Dkt. Nos. 4 & 7), and the Second Amended Complaint (Dkt. Nos. 10, 18, and 21) is GRANTED. The following categories of

information may be redacted and filed under seal:

(1) Confidential compensation information of Defendants' non-party employees;

(2) The names of third-party clients of Defendants when identified in connection with commercially sensitive information;

(3) Settlement communications between the parties' respective counsel; and

(4) Attorney-client privileged communications between Defendants' counsel and Plaintiff in connection with Defendants' investigation of her allegations of improper business practices; and it is further

**ORDERED** that Defendants' application to redact and file under seal Defendants' responses to the above-noted portions of Plaintiffs' pleadings in their forthcoming Answer to the Second Amended Complaint is GRANTED.

Dated: July 7, 2016
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**