```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MEGAN MESSINA,                                                :
                                      Plaintiff,              :
                                                              :            16 Civ. 3653 (LGS)
                  -against-                                   :
                                                              :                 ORDER
BANK OF AMERICA CORPORATION, et al.,                          :
                                      Defendants.             :
                                                              :
------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2016
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS by Order dated July 7, 2016, Defendants' application to redact and file under seal portions of the Complaint (Dkt. Nos. 1, 2, and 6), the Amended Complaint (Dkt. Nos. 4 & 7), and the Second Amended Complaint (Dkt. Nos. 10, 18, and 21) was granted.

WHEREAS, the Order provided that the following categories of information are to be redacted from filings on ECF and the unredacted versions should be filed under seal:

(1) Confidential compensation information of Defendants' non-party employees;

(2) The names of third-party clients of Defendants when identified in connection with commercially sensitive information;

(3) Settlement communications between the parties' respective counsel; and

(4) Attorney-client privileged communications between Defendants' counsel and Plaintiff in connection with Defendants' investigation of her allegations of improper business practices;

WHEREAS, the same Order granted Defendants' application to redact and file under seal Defendants' responses to the above-noted portions of Plaintiffs' pleadings in their Answer; it is hereby

**ORDERED** that the Complaint (at Dkt. Nos. 1 and 2), the Amended Complaint (at Dkt.

No. 4), and the Second Amended Complaint (Dkt. Nos. 10 and 18) shall be STRUCK from ECF by removing the links to the documents.  It is further

**ORDERED** that Plaintiff shall provide redacted copies of the Complaint, the Amended Complaint, and the Second Amended Complaint in redacted form to the Clerk of Court to replace the Complaint (at Dkt. No. 6), Amended Complaint (at Dkt. No. 7), and Second Amended Complaint (at Dkt. No. 21) on ECF and full, unredacted copies under seal by August 31, 2016.  It is further

**ORDERED** that if Defendants have not already done so, they shall file an unredacted copy of their Answer under seal by August 31, 0216.

Dated: August 25, 2016
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2