```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

MEGAN MESSINA,

      Plaintiff,

-- against --

BANK OF AMERICA CORPORATION,
BANK OF AMERICA SECURITIES, LLC,
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,

      Defendants.

-------------------------------------------------------------- X

Civil Action No.: 16-cv-03653 (LGS)

**ECF CASE**

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

SO ORDERED    Sept. 21, 2016

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Megan Messina and Defendants Bank of America Corporation, Banc of America Securities LLC (now known as Merrill Lynch, Pierce, Fenner & Smith, Inc. and incorrectly named as "Bank of America Securities, LLC"), Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Bank of America Merrill Lynch[1], that the above-captioned action be, and the same hereby is, dismissed with prejudice, without costs, disbursements, interest, or an award of attorneys' fees to any party.

Dated: August 29th, 2016

SACK & SACK, LLP

By: _____
Jonathan Sack
Eric Stern
70 East 55th Street, 10th Floor
New York, New York 10022
(212) 702-9000
jsack1@gmail.com
ericstern110@gmail.com
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP

By: Joseph Baumgarten
Joseph Baumgarten
Gregory J. Couillou
Eleven Time Square
New York, New York 10036
(212) 969-3000
jbaumgarten@proskauer.com
gcouillou@proskauer.com
*Attorneys for Defendants*

---

[1] Although Bank of America Merrill Lynch does not appear in the caption of the Second Amended Complaint, it was named as a defendant in an earlier iteration of the Complaint.